No. 15,930.

TAYLOR ET AL. *v.* LAWS ET AL.
(183 P. [2d] 994)

Decided August 8, 1947.

PER CURIAM.

Judgment affirmed en banc without written opinion, MR. JUSTICE HILLIARD and MR. JUSTICE LUXFORD not participating.

Mr. J. GLENN DONALDSON, Mr. MALCOLM LINDSEY, Mr. OMAR E. GARWOOD, for plaintiffs in error.

Mr. VICTOR A. MILLER, Mr. BENJAMIN E. SWEET, for defendants in error.